# United States District Court
## For The Western District of North Carolina
### Charlotte Division

Mitchell Terrell Morrison,

        Petitioner,                      JUDGMENT IN A CIVIL CASE

vs.                                     3:07-CV-468-03

United States of America,

        Respondent.

DECISION BY COURT.  This action having come before the Court by Motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's 12/12/2007 Order.

Signed: December 12, 2007

*Frank G. John*

Frank G. Johns, Clerk
United States District Court